**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 07 261 ML

**AMADA ALMANZAR**
Plaintiff

C.A. NO.

vs

**CITY OF PROVIDENCE,** by and through, Steven Napalatano in his capacity as Treasurer of the City of Providence and **PROVIDENCE SCHOOL BOARD,** Debra DeCarlo, in her capacity as Superintendent of Providence School Department Dilania Inoa, Robert Wise, Maila Touray, Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure, Milton Hamolsky, Adeola Oredola, in their capacity As Providence School Board Members
Defendants

**NOTICE OF REMOVAL**

The Defendants, the City of Providence and the Providence School Board hereby provide notice of their removal of the above-captioned case from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1441(b) and 1446. Removal is proper for the following reasons:

This action was commenced by Plaintiff in the Superior Court of the State of Rhode Island June 22, 2007. The case was docketed as Civil Action No. 07- 2757. A copy of the Complaint is attached as Exhibit A.

1. The City, through its attorneys, was served on or about June 27, 2007.

2. This Notice of Removal is timely, as it is filed within 30 days after receipt by the City of the Complaint.

3. This case is removable from state court to federal court on the basis of federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).

4. In her Complaint, Plaintiff alleges that defendants, unlawfully discriminated against her in violation of Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination based on race, color, religion, sex or national origin by treating her less favorably then similarly situated persons outside of her national origin, and allowing said persons more favorably. See Complaint ¶ 6.

5. This claim by Plaintiff is founded in federal law and arise under the Constitution of the United States within the meaning of 28 U.S.C. § 1331.

6. Plaintiff's claim falls within the original jurisdiction of this Court. Under the provisions of 28 U.S.C. § 1441, et seq., the right exists to remove this action from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island, which embraces the place where this action is pending.

7. Under 28 U.S.C. § 1441 and principles of supplemental jurisdiction under 28 U.S.C. § 1367, the right exists to remove the entire case to this Court. The state law causes of action in the Complaint involve the same factual background as the federal causes of action. Where, as here, "the state and federal claims . . . derive from a common nucleus of operative fact," the federal court will exercise supplemental jurisdiction over the state law claims. See Rodriguez v. Doral Mortgage Corp., 57 F.3d 1168, 1175-76 (1st Cir. 1995) (citing 28 U.S.C. § 1367(a)).

8. A copy of the Notice of Removal will be sent promptly to opposing counsel of record and will be filed promptly with the Clerk of the Superior Court of the State of Rhode Island, in accordance with 18 U.S.C. § 1446(d).

9. Pursuant to Local Rule 36, within 10 days after filing this Notice of Removal, the City will file with this Court certified copies of the Superior Court file, including a copy of this Notice, and a copy of the Superior Court docket entries.

Defendants,
By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 385
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that a copy of this Notice of Removal was forwarded by first-class mail on this 10th day of July 2007 to:

Tricia A. Quest, Esq.
1070 Reservoir Avenue
Cranston, RI 02910

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**AMADA ALMANZAR**
Plaintiff

CA 07 261 ML

C.A. NO.

vs

**CITY OF PROVIDENCE,** by and through, Steven Napalatano in his capacity as Treasurer of the City of Providence and **PROVIDENCE SCHOOL BOARD,** Debra DeCarlo, in her capacity as Superintendent of Providence School Department Dilania Inoa, Robert Wise, Maila Touray, Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure, Milton Hamolsky, Adeola Oredola, in their capacity as Providence School Board Members
Defendants

**PETITION FOR REMOVAL FROM STATE COURT**

The Honorable Judges of the United States District Court for the District of Rhode Island:

Now comes the Defendant City of Providence pursuant to 28 U.S.C.§1441 and 1446 for removal of Providence Superior Court Civil Action No. 07-2757 entitled "Amada Almanzar v. City of Providence, et al."

In support of said petition for removal, your petitioner states as follows:

1. The City first became aware of Plaintiff's Complaint when it was served a copy of the complaint on or about June 27, 2007.

2. Plaintiff's complaint contains allegations that your petitioner/defendants, unlawfully discriminated against her in violation of Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination based on race, color, religion, sex or national origin by treating her less favorably then similarly situated persons outside of her national origin, and allowing said persons more favorably.

Defendants,
By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 385
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that a copy of this Petition for Removal from State Court was forwarded by first-class mail on this 10th day of July 2007 to:

Tricia A. Quest, Esq.
1070 Reservoir Avenue
Cranston, RI 02910

Carolyn M. Ranucci