STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

JUDICIARY RHODE ISLAND

JUN 27 2007

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. P07-2757

Amada Almanzar
**Plaintiff**

City of Providence, et al.
**Defendant**

## *Summons*

[redacted]

– City of Providence

Exhibit A

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Tricia A. Quest, Esq. Plaintiff's attorney, whose address is Moretti Perlow & Bonin Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

RECEIVED
JUN 22 2007
CITY OF
PROV. TREASURY

2:00PM

[signature]
CLERK

Dated: June 22, 2007

A TRUE COPY ATTEST
EDWIN J. SEMPER, JR.
CONSTABLE
DATE 6/22/07
6185

(Seal of the Superior Court)

S- 135 (REV. 02/07)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

AMADA ALMANZAR

VS.

C. A. No.: P07-2757

CITY OF PROVIDENCE, by and through, Steven Napalatano in his capacity as Treasurer of the City of Providence and PROVIDENCE SCHOOL BOARD, Debra DeCarlo, in her capacity as Superintendent of Providence School Department, Dilania Inoa, Robert Wise, Maila Touray, Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure, Milton Hamolsky, Adeola Oredola, in their capacity as Providence School Board Members

**AMENDED COMPLAINT**

Now comes the Plaintiff in the above-entitled cause and by and through her attorney hereby states:

1. Plaintiff, Amada Almanzar resides at 118 Huxley Avenue, City of Providence, County of Providence, and State of Rhode Island.
2. Defendant, Providence School Board jointly and severely, Debra DeCarlo as Superintendent of the Providence School Department, Dilania Inoa, Robert Wise, Maila Touray, Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure, Milton Hamolsky, Adeola A. Oredola as Providence School Board Members, 797 Westminster Street, Providence, Rhode Island.

LAW OFFICES
MORETTI PERLOW & BONIN
THE MORETTI BUILDING
070 RESERVOIR AVENUE
CRANSTON, RI 02910
(401) 943-5500
FAX: 944-5454

3. Defendant, City of Providence as a municipal corporation organized under an operating pursuant to Rhode Island law, Defendant Steven Napalatano is being sued in his capacity as Treasurer for the City of Providence.
4. Plaintiff, Amada Almanzar has been employed by the Defendant as a teacher for approximately thirteen years, beginning on or about the year of 1994.
5. In or around August of 2004 to the present and continuing, Defendants have engaged in unlawful employment practices in violation of the Rhode Island Fair Employment Practices at R.I.G.L. 25-5 et seq., against Plaintiff because of her sex, by treating her less favorably then similarly situated male co-workers by allowing them opportunities and advancement in which she was not given the same opportunity.
6. On or around August 2004 to the present and continuing, Defendants engaged in unlawful employment practices by discriminating against Plaintiff because of her national origin in violation of the Rhode Island Fair Employment Practices at R.I.G.L. 25-5 et seq., and in violation of Title 7 VII of the Civil Rights Act of 1964, which prohibits employment discrimination based on race, color, religion, sex or national origin by treating her less favorably then similarly situated persons outside of her national origin, and allowing said persons more favorably.
7. On or about August 2004 to the present and continuing, the Defendants have engaged in unlawful employment practices in violation of the Rhode Island Fair Employment Practices at R.I.G.L. 25-5 et seq., by retaliating against the Plaintiff for filing grievances.
8. As a result of such discriminations Plaintiff on February 24, 2005 filed a notice of charge of discrimination with the Rhode Island Commission for Human Rights and

LAW OFFICES
MORETTI PERLOW & BONIN
THE MORETTI BUILDING
070 RESERVOIR AVENUE
CRANSTON, RI 02910
(401) 943-5500
FAX: 944-5454

Federal Equal Employment Opportunity Commission pursuant to Rhode Island Fair Employment Practices at R.I.G.L. 25-5 et seq.

9. On February 28, 2007, the Rhode Island Commission for Human Rights issued to the Plaintiff a Notice of Right to Sue.

10. As a result of such discrimination and retaliation Plaintiff suffered lost wages, mental distress, pain and suffering, and loss of job advancement and has been otherwise injured and damdified.

WHEREFORE, Plaintiff, Amada Almanzar, demands judgment against the Defendants, City of Providence, by and through, Steven Napalatano in his capacity as Treasurer of the City of Providence and Providence School Board, Debra DeCarlo, in her capacity as Superintendent of Providence School Department, Dilania Inoa, Robert Wise, Maila Touray, Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure, Milton Hamolsky, Adeola Oredola, in their capacity as Providence School Board Members in an amount sufficient to compensate her for her damages, including but not limited to back pay, compensatory damages, punitive damages, interest, attorney's fees, experts fees, a promotion and any all costs related to this lawsuit. Any and all damages pursuant to Rhode Island law and any such other damages that this court may deem just and equitable. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

LAW OFFICES
MORETTI PERLOW & BONIN
THE MORETTI BUILDING
070 RESERVOIR AVENUE
CRANSTON, RI 02910
(401) 943-5500
FAX: 944-5454

Plaintiff, by her attorneys

**MORETTI & PERLOW LAW OFFICES**

Tricia A. Quest, Esq. (#7362)
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Tricia A. Quest, Esq. (#7362)

TQ/kd

LAW OFFICES
MORETTI PERLOW & BONIN
THE MORETTI BUILDING
070 RESERVOIR AVENUE
CRANSTON, RI 02910
(401) 943-5500
FAX: 944-5454