STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2757 AMADA ALMANZAR V PROVIDENCE SCHOOL BOARD

Filing Date: 05-29-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 07-10-2007

Plaintiff: AMADA ALMANZAR
ID: @10907876

Attorney: TRICIA QUEST

Defendant: PROVIDENCE SCHOOL BOARD
ID: @10907877
Defendant: DEBRA DECARLO
ID: @10907878
Defendant: DILANIA INOA
ID: @10907879
Defendant: ROBERT WISE
ID: @10907880
Defendant: MAILA TOURAY
ID: @10907881
Defendant: UMBERTO CRENCA
ID: @10907882
Defendant: GRACE GONZALEZ
ID: @10907883
Defendant: ROBYN FYE
ID: @10907884
Defendant: MARY MCCLURE
ID: @10907885
Defendant: MILTON HAMOLSKY
ID: @10907886
Defendant: ADEOLA OREDOLA
ID: @10907887
Defendant: PROVIDENCE SCHOOL BOARD MEMBERS
ID: @10907888

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-29-2007 | COMPLAINT FILED | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2757 AMADA ALMANZAR V PROVIDENCE SCHOOL BOARD

| | | |
|---|---|---|
| 05-29-2007 | INITIAL FILING FEE | |
| 05-30-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP249516. |
| 06-25-2007 | AMENDED COMPLAINT FILED | Affiliated: ALMANZAR, AMADA |
| 06-29-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PROVIDENCE SCHOOL BOARD MEMBERS |
| 06-29-2007 | SUMMONS,PROOF OF SERVICE FILED | CITY OF PROVIDENCE |
| 06-29-2007 | SUMMONS,PROOF OF SERVICE FILED | PROVIDENCE SCHOOL DEPT |
| 07-10-2007 | AMENDED ANSWER TO COMPLAINT | Affiliated: PROVIDENCE SCHOOL BOARD |
| 07-10-2007 | NOTICE OF REMOVAL | |
| 07-10-2007 | CASE REMVD TO US DISTRICT CT | |
| 07-10-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island