STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

AMADA ALMANZAR,
*Plaintiff,*

vs.

C.A. No. PC 07-2757

CITY OF PROVIDENCE, by and through Stephen Napolitano, in his capacity as Treasurer for the City Of Providence and PROVIDENCE SCHOOL BOARD, Debra DeCarlo, in her capacity as Superintendent of Providence School Department, Dilania Inoa, Robert Wise, Maila Touray, Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure, Milton Hamolsky, Adeola Oredola, in their capacity as Providence School Board Members.
*Defendant*

**DEFENDANTS ANSWER**
**TO PLAINTIFF'S AMENDED COMPLAINT**

1. Defendants neither admit nor deny, but leave to proof.

2. Defendants neither admit nor deny, but leave to proof, except that Debra DeCarlo was not at any time Superintendent of the Providence School Department.

3. Admitted.

4. Defendants neither admit nor deny, but leave to proof.

5. Denied.

6. Denied.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL 10 A 11:47

7. Denied.

8. Defendants neither admit nor deny, but leave to proof.

9. Defendants neither admit nor deny, but leave to proof.

10. Denied.

**WHEREFORE**, Defendants prays that Plaintiff's Complaint be denied and dismissed, that judgment enter for the Defendants and that Defendants be awarded the costs and fees it has expended, plus whatever additional relief is just and proper.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.
2. Defendant pleads the defense of the statue of limitations.
3. Plaintiff's claim against Defendant should be dismissed due to lack of personal jurisdiction.
4. Plaintiff's claim against Defendant should be dismissed due to insufficiency of service of process.
5. Defendant is limited in liability to the sum of One Hundred Thousand Dollars ($100,000.00) by Rhode Island General Law.

**WHEREFORE**, the City demands that the Complaint be dismissed and that it be awarded the costs and fees it has expended, plus whatever additional relief is just and proper.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Defendants,
By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara Rappport

Sara A. Rappport (#6184)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 385
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that I forwarded a copy of the within document on this 10th day of July 2007 to:

Tricia A. Quest, Esq.
1070 Reservoir Avenue
Cranston, RI 02910

Carolyn M. Ranucci