**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AMADA ALMANZA

Vs. C.A. No. 07-261 ML

CITY OF PROVIDENCE, by and through,
Steven Napalitono in his capacity as Treasurer of the
City of Providence and PROVIDENCE SCHOOL BOARD,
In her capacity as Superintendent of Providence School
Department, Dilania Inoa, Robert Wise, Maila Touray,
Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure,
Milton Hamolsky, Adeola Oredola, in their capacity as
Providence School Board Members

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**FOR THE PLAINTIFF**

Pursuant to Local Rules 206 of the U.S. District Court Local Rules for the District of Rhode Island, Tricia Quest, Esquire and **MORETTI PERLOW & BONIN LAW OFFICES,** moves this Court to enter an order allowing them to withdraw as counsel for the Plaintiff, Amada Almanzar.

The name, telephone and address for Amada Almanzar are as follows:

118 Huxley Avenue
Providence, Rhode Island
(401) 351-2659

This Motion is supported by the Certificate of Tricia Quest, Esquire showing good cause of withdraw attached hereto as Exhibit A, as well as a copy of a letter sent to the Plaintiff corresponding with this Motion.

This case is not currently set for trial and no hearing or proceeding involving Amada Almanzar are pending at this time.

Plaintiff, by her Attorneys,

**MORETTI PERLOW & BONIN LAW OFFICES**

Tricia Quest, Esquire (#7362)
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 - Telephone
(401) 944-5454 - Facsimile
Email: dcmjsplaw@aol.com

**PLEASE TAKE NOTICE** that this Motion shall be heard before this Honorable Court on the _________ day of _____________________, 2007.

**CERTIFICATION**

I hereby certify that a true copy of the within document was mailed, via regular mail, postage prepaid, to the following on this the 13th day of September, 2007.

Sara A. Rapport, Esquire
Senior Assistant City Solicitor
Chief Legal Counsel, Providence School Department
275 Westminster Street, Suite 200
Providence, Rhode Island 02903

Amada Almanzar
118 Huxley Avenue
Providence, Rhode Island 02908
Certified and Regular Mail
**7004 0750 0002 5738 4420**