**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AMADA ALMANZA

Vs. C.A. No. 07-261 ML

CITY OF PROVIDENCE, by and through,
Steven Napalitono in his capacity as Treasurer of the
City of Providence and PROVIDENCE SCHOOL BOARD,
In her capacity as Superintendent of Providence School
Department, Dilania Inoa, Robert Wise, Maila Touray,
Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure,
Milton Hamolsky, Adeola Oredola, in their capacity as
Providence School Board Members

**CERTIFICATE OF TRICIA QUEST**

**TRICIA QUEST**, being duly sworn, hereby certifies:

1. That I am the attorney of record for the Plaintiff, Amada Almanzar, and I have personal knowledge of the statements made herein. This certification is made in support of counsel's Motion to Withdraw as counsel for Plaintiff, Amada Almanzar, filed in the above-entitled and numbered cause as required by Local Rule 206 of the U.S. District Court Local Rules for the District of Rhode Island.

2. Counsel has filed it's Motion to Withdraw on the basis that Plaintiff has failed to substantially fulfill her obligations to counsel regarding counsel's services that counsel has advised Plaintiff on numerous occasions both verbally and in writing that counsel would withdraw unless Plaintiff fulfilled her obligations. To date, Plaintiff has failed to fulfill said obligations.

3. Counsel further puts forth that there has been a breakdown of communication between the Plaintiff and counsel in that Plaintiff refuses to listen to counsel and/or to take directions or advise from said counsel.

4. This case is not currently set for trial and there are no other hearings or proceedings involving the Plaintiff pending at this time.

5. The Plaintiff, Amada Almanzar, has been notified of this Motion both by regular mail, postage prepaid and by registered mail, return receipt requested.

6. I have further advised Ms. Almanzar that she may object to this Motion and that any failure or delay on her part in retaining substitute counsel may not be considered grounds for delay in the trial or any other matter scheduled in this case.

7. Plaintiff's current address and telephone number are: 118 Huxley Avenue, Providence, Rhode Island; (401) 351-2659. It is to counsel's best knowledge that this is Plaintiff's current place of residence and that any correspondence I have sent to her at this address has been received.

DATED this 13th day of September, 2007.

**MORETTI PERLOW & BONIN LAW OFFICES**

Tricia Quest, Esquire (#7362)
1070 Reservoir Avenue
Cranston, RI 02910
Tel. (401) 943-5500
Fax (401) 944-5454
Email: dcmjsplaw@aol.com

# CERTIFICATION

I hereby certify that a true copy of the within document was mailed, via regular mail, postage prepaid, to the following on this the 13th day of September, 2007.

Sara A. Rapport, Esquire
Senior Assistant City Solicitor
Chief Legal Counsel, Providence School Department
275 Westminster Street, Suite 200
Providence, Rhode Island 02903

Amada Almanzar
118 Huxley Avenue
Providence, Rhode Island 02908
Certified and Regular Mail
**7004 0750 0002 5738 4400**

Karen L. Cole