**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AMADA ALMANZA

Vs. C.A. No. 07-261 ML

CITY OF PROVIDENCE, by and through,
Steven Napalitono in his capacity as Treasurer of the
City of Providence and PROVIDENCE SCHOOL BOARD,
In her capacity as Superintendent of Providence School
Department, Dilania Inoa, Robert Wise, Maila Touray,
Umberto Crenca, Grace Gonzalez, Robyn Fye, Mary McClure,
Milton Hamolsky, Adeola Oredola, in their capacity as
Providence School Board Members

**AFFIDAVIT OF NON-MILITARY SERVICE**

I, Karen Colli, on behalf of Moretti Perlow & Bonin Law Offices of the City of Cranston, County of Providence, and State of Rhode Island, make affidavit and say that I have investigated the whereabouts of the Plaintiff, **AMADA ALMANZA**, in the above-entitled matter; that as a result of my investigation I have ascertained that said Plaintiff resides at, **118 Huxley Avenue, Providence, Rhode Island 02908** and that said Plaintiff is not a member of any branch of the Armed Forces of the Government of the United States of America.

Karen L. Colli

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me in the City of Cranston, State of Rhode Island on this 13th day of September, 2007.

Notary Public

My Commission Expires: 7/31/2010