# Moretti Perlow & Bonin Law Offices

ATTORNEYS AND COUNSELLORS AT LAW

DAVID C. MORETTI †°
JEFFRY S. PERLOW †^
RONALD L. BONIN †

EDWARD M. PEPE △⊙
TRICIA A. QUEST †
STEVEN M. SION +
*Of Counsel*

The Moretti Building
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500
(401) 722-8900
(800) 841-6100
(401) 944-5454 Fax

*E-Mail address:*
*dcmjsplaw@aol.com*

Also admitted in

† Massachusetts
° Pennsylvania
^ Florida
+ California
△ New York
⊙ New Jersey


September 12, 2007

Ms. Amada Almanzar
118 Huxley Avenue
Providence, RI 02908

RE: Civil Matter

Dear Ms. Almanzar:

Pursuant to previous conversations regarding the above-captioned matter, enclosed please find my Motion to Withdraw from your case in Federal Court. You may object to said Motion, but please be advised that any failure or delay in your retaining substitute counsel may not be considered grounds for delay in the trial or any other matter scheduled in this case.

Very truly yours,

**MORETTI PERLOW & BONIN LAW OFFICES**

Tricia Quest, Esquire

TQ/klc
Enclosure(s)