UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMADA ALMANZA

v. CA 07-261ML

CITY OF PROVIDENCE, et al.

ORDER

Before the Court is the Motion of Plaintiff's counsel, Attorney Quest, to withdraw her appearance. Defendant has not responded to the Motion. The Court, therefore, makes the following orders:

1. Attorney Quest's Motion is GRANTED.

2. Plaintiff is ordered to enter her appearance *pro se* or to have successor counsel enter an appearance on her behalf on or before November 26, 2007. Failure to comply with this order will result in the Court dismissing this action for lack of prosecution.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
October 18, 2007