November 22, 2007

Mary M. Lisi
Chief United States District Judge
United States District Court
District of Rhode Island
Providence, RI 02903-1779

RE: Amada Almanzar v. City of Providence, ET. al.
CA 07-261 ML

I am requesting if it is possible to have an extension of time until December 26, in order to find a successor counsel to continue with the above matter. Please be advised that attorney was paid to represent the plaintiff in this matter and yet they chose to withdraw.

Very truly yours,

Amada Almanzar