December 24, 2007

Mary M. Lisi
Chief United States District Judge
United States District Court
District of Rhode Island
Providence, RI 02903 – 1779

RE: Amada Almanzar v. City of Providence, ET.al
CA 07-261ML

Through this communication, I would like to submit a request for a second extension for January 31, to continue to find a successor counsel for the above matter. At this time, I still do not have an attorney to represent the plaintiff in the above matter. Please excuse the inconvenience.

Truly yours,

Amada Almanzar