January 29, 2008

07-261 ML

Mary M. Lisi
Chief United States District Judge
United States District Court
District of Rhode Island
Providence, RI 02903 – 1779

RE: Amada Almanzar v. City of Providence, ET. al
CA 07-26Ml

I am writing to inform you that I have been in the process of finding a lawyer who will represent me in this matter. I think that I have found a lawyer. Some facts such as the specialty and the cost of legal services have been crucial points of deliberation. Therefore, if it is possible I am requesting the last extension until February 28th in order to find a successor counsel for the case.

Truly yours,

Amada Almanzar