February 27, 2007

RECEIVED
MAR 03 2008
Property of U.S. District Court
District of Rhode Island

Mary M. Lisi
Chief United States District Judge
United States District Court
District of Rhode Island
Providence, RI 02903 – 1779

RE: Amada Almanzar v. City of Providence, ET. al
CA 07-26 MI

As I explained in the letter of January 29, 2008, I have been in the process of finding a lawyer to represent me in this case. I had an interviewed with an attorney at law David S. Cass that I though could assume the defense of the case, but he usually do not work with federal cases. He tried to recommend other lawyers for me, such as Bernard and Lynch's office and Ed Formisano's office Lynch. In addition, I called to Lidia Sanchez's office, Daniel Guerrero's office, Mark Gorsky's office, Thomas Sparks, Frank Orabona, Jr., Nancy Garcia Aponte Law Office, Martin Harris, Deco $ Deco Law Office and more that I could not mention. Some of them responded with different reasons, such as specialty and one of the most common reason was the federal court. Some of then did not respond. In addition, I tried to find support through the office of Labor Force in Rhode Island in order to find a lawyer.

I was waiting until this date because I was hopefully to find a lawyer. However, I did not find it and for that reason, I am requesting a suggestion if it is possible to try to find lawyer.

Truly yours,

Amada Almanzar